■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHADEL ROBINSON, Appellant. — Appeal by defendant, as limited by his brief, from a sentence· of the Supreme Court, Queens County (Agresta, J.), imposed January 3, 1984, upon his plea of guilty to robbery in the first degree and sodomy in the first degree, the sentence being two concurrent indeterminate terms of· 6 to 18 years' imprisonment.

Sentence affirmed.

Defendant pleaded guilty with the understanding that he would receive the sentence that was thereafter actually imposed. Under the circumstances of this case, defendant has no basis now to complain that his sentence was excessive (*People v Kazepis,* 101 AD2d 816). Mangano, J. P., Gibbons, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT ROMAN, Appellant. — Two judgments of the County Court, Suffolk County (Weissman, J.), both imposed May 4, 1983, affirmed (see *People v Suitte,* 90 AD2d 80). The court properly exercised its discretion in denying youthful offender treatment. Mollen, P. J., Lazer, Gibbons and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS RUFRANO, Appellant. — Appeal by defendant from two judgments of the Supreme Court, Queens County (Beldock, J.), rendered April 7, 1981, convicting him under indictment No. 8181/80 of criminal sale of a controlled substance in the fifth degree and criminal possession of a controlled substance in the fifth degree, and under indictment No. 8182/80 of criminal possession of a controlled substance in the fifth degree, upon jury verdicts, and sentencing him as a second felony offender to concurrent indeterminate terms of 3 to 6 years' imprisonment for each of the three convictions.

Judgments affirmed.

Defendant's guilt was proved beyond a reasonable doubt (see *People v Contes,* 60 NY2d 620). Mangano, J. P., Gibbons, O'Connor and Lawrence, JJ., concur.